IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA    )
        )
vs.        )    Case No. CR410-160-08
        )
JASON HARRISON    )

U. S. DISTRICT COURT
Southern District of Ga.
Filed In Office

2-22    M
20 18

Deputy Clerk

**O R D E R**

Before the Court is Defendant Jason Harrison's Motion for Return of Surety. (Document 428). For good cause shown, said request is **GRANTED**.

**IT IS HEREBY ORDERED** that the Clerk of the United States District Court for the Southern District of Georgia shall cancel the appearance bond of Defendant Jason Harrison and exonerate the obligor and surety thereon.

The Clerk of the United States District Court for the Southern District of Georgia is hereby directed to mark the Deed to Secure Debt in this case cancelled and satisfied of record and then return the Deed to, Vimolrat Prompalin, 845 Jacks Hill Road, Hinesville, GA 31313.

SO ORDERED, this _22nd_ day of February 2018.

WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA